FILED

12/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 21-0402

THOMAS MANN POST NO. 81 OF THE AMERICAN LEGION, DEPARTMENT OF MONTANA, a Montana public benefit corporation, and the TOWN OF CULBERTSON, a political subdivision of the State of Montana,

      Plaintiffs, Counterdefendants, and Appellees,

    v.

KNUDSEN FAMILY LIMITED PARTNERSHIP,

      Defendant, Counterclaimant, and Appellant.

**ORDER GRANTING APPELLEE AMERICAN LEGION'S MOTION FOR EXTENSION OF TIME**

Upon consideration of the unopposed motion of seeking an extension of time filed by Plaintiff/Counterdefendant/Appellee Thomas Mann Post No. 81 of the American Legion, Department of Montana (the "Legion") and for good cause, Plaintiff/Counterdefendant/Appellee Legion's Motion for a 30-day extension of time to file its response brief is GRANTED. Plaintiff/Counterdefendant/Appellee Legion's response brief shall be filed on or before January 17, 2022.

ELECTRONICALLY SIGNED AND DATED BELOW

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 7 2021